## ATTACHMENT A – Statement of Facts
## UNITED STATES V. DEMETRIUS MURRAY

*The United States and the Defendant, Demetrius Murray, stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial.*

The Defendant, **DEMETRIUS MURRAY ("MURRAY")**, was a resident of Silver Spring, Maryland during the events described below. **MURRAY** communicated with minor males he knew to be minors over a variety of electronic platforms, and he ~~used~~, persuaded, ~~induced~~, ~~enticed~~, and ~~coerced~~ the minors to engage in sexually explicit conduct for the purpose of producing visual depictions of the conduct.

*Victim A*

On or about June 10, 2015, the mother of an eleven-year-old boy in Utah contacted the National Center for Missing and Exploited Children ("NCMEC") and reported that her son, Victim A, was in contact with a man over Skype, an internet-based chat service, and via cellular telephone texts. The mother reported that her son and the man had exchanged masturbation videos.

When later interviewed, Victim A identified the man with whom he had been communicating as "Demetrius." "Demetrius" was **MURRAY**. Victim A explained that he had first met **MURRAY** on Xbox Live and then they had moved to a private chat on KIK, an internet based chat service, to communicate. **MURRAY** and Victim A at some point switched to Skype for live chats, and they also communicated via text message.

On more than one occasion, **MURRAY** would stream pictures of himself "fapping," a slang term for masturbation, while **MURRAY** and Victim A talked using video chat on Skype. On or about June 2, 2015, **MURRAY** requested that Victim A record a video of himself "fapping" and send the video to **MURRAY**. Victim A created a video of himself masturbating and sent the video to **MURRAY** as a text message. **MURRAY**, after receiving the video, converted into six still-frame pictures and sent the pictures back to Victim A. The images of Victim A sent by Victim A to **MURRAY**, and from **MURRAY** to Victim A, depicted child pornography and were sent using a means and facility of interstate commerce and in and affecting interstate commerce. **MURRAY** knew Victim A was a minor.

*Search Warrant Executed*

On January 20, 2016, detectives from the Montgomery County (Maryland) Police Department and agents from the Department of Homeland Security, Homeland Security Investigations executed a state search warrant at **MURRAY's** residence located in Silver Spring, Maryland. Detectives and agents recovered the following electronic devices, all of which belonged to **MURRAY** and all of which were found to contain child pornography: an HP 15-r011dx laptop computer with serial number CND41739B3; an Apple iPhone 5c; and an Apple iPod Touch 5G. For example, the laptop contained a video entitled, "GAY – 2 Young Boys Lovers (12yo)

(32Min32) kdv pjk s00 hmv rbv preteen Gerbys – 1Two 13Yo Boys Fuck on Sofa (Dup).mpg" that depicted two naked minor males engaged in sexually explicit conduct including mutual masturbation, oral sex, and anal sex. The video is one hour and 48 seconds long.

On the iPhone, there were 428 images and 119 videos, the vast majority of which depicted child pornography. On the iPod Touch, there were 208 images and 299 videos, the vast majority of which depicted child pornography. The images and videos mostly depict prepubescent minors, including instances where the minors are engaged in sexual explicit conduct with other prepubescent minors or adults.

When interviewed, **MURRAY** admitted that he had communicated with Victim A and had received and sent images of Victim A.

*Victims B and C*

Forensic examination of **MURRAY**'s iPhone revealed that from May 19, 2015 through June 3, 2015, **MURRAY** engaged in text messaging with a minor male, Victim B, who lived in Alabama. Victim B told **MURRAY** via text message that Victim B was 14 years old. **MURRAY** continued to solicit Victim B. **MURRAY** requested that Victim B send pictures of his body (including his penis) and pictures of himself masturbating. Victim B sent the pictures, which depicted child pornography, as requested. When **MURRAY** learned that Victim B had a four-year-old relative, Victim C, **MURRAY** requested that Victim B send pictures of Victim C performing oral sex on Victim B. Victim B sent the pictures, which depicted child pornography, to **MURRAY** as requested. The text communications between **MURRAY** and Victim B were sent using a means and facility of interstate commerce and in and affecting interstate commerce.

I have read this Statement of Facts and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it.

4/13/17
Date

Demetrius Murray

I am Demetrius Murray's attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is an informed and voluntary one.

4/13/17
Date

Amy Fitzgibbons, Esq.

2